IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATIONAL ERA SERVICING,<br><br>  Plaintiff,<br><br>    v.<br><br>WILLIAM JAMES, JR., et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-1559-TWT |

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Henry County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Henry County.

SO ORDERED, this 7 day of July, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\National ERA Servicing\r&r.wpd